# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Kiesha Boone,

    Plaintiff,      :      Case No. 2:19-cv-5062

   -vs-      Judge Sarah D. Morrison
                                     Magistrate Judge Jolson
OhioHealth Corporation,
                                            :

    Defendant.

## ORDER

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on August 27, 2021. (ECF No. 25). In that filing, the Magistrate Judge recommended that Plaintiff Kiesha Boone's action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 25) and **DISMISSES** Plaintiff's Complaint for failure to prosecute pursuant to Rule 41(b).

    **IT IS SO ORDERED.**

                                                   /s/ Sarah D. Morrison
                                                   **SARAH D. MORRISON**
                                                   **UNITED STATES DISTRICT JUDGE**